United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS BLANDINO, et al.,<br>Plaintiffs,<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>Defendant. | Case No. 25-cv-09143-NW<br>**ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW**<br>Re: ECF No. 22 |

On July 8, 2026, Plaintiffs' counsel, Jerome La Torre and California Insurance Attorneys, P.C., ("CAI"), filed a motion for leave to withdraw as counsel. ECF No. 22 (the "Motion"). The Court finds the motion suitable for determination without oral argument. Civil L.R. 7-1(b). Having considered the Motion and supporting declarations, the relevant law, and the record in this case, the Court GRANTS the Motion.

"Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Civil L.R. 11–5(b). "The decision to permit counsel to withdraw is within the sound discretion of the trial court." *Robinson v. Delgado*, No. 02-cv-1538-NJV, 2010 WL 3259384, at *1 (N.D. Cal. Aug. 18, 2010) (citing *LaGrand v. Stewart,* 133 F.3d 1253, 1269 (9th Cir.1998)). In ruling on such a motion, courts consider: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Williams v. Cnty. of Fresno*, 562 F. Supp. 3d 1032, 1035 (E.D. Cal. 2021); *see also Robinson*, 2010 WL 3259384, at *2 (same).

Here, Mr. La Torre and CAI seek to withdraw because, since January 30, 2026, Plaintiffs have been unresponsive to CAI's efforts to communicate about and prosecute this case. *See* ECF No. 22-1, ¶¶ 3–6. Neither Plaintiffs nor Defendant have opposed the Motion. The Court agrees with counsel that, having tried and failed to reach Plaintiffs for half a year via multiple channels, Mr. La Torre and CAI cannot effectively continue their representation and have provided sufficient reasons for their withdrawal. Similarly, given that counsel is unable to effectively prosecute this case without communicating with Plaintiffs, their withdrawal at this stage is not likely to prejudice other litigants or harm the administration of justice. Moreover, although the case may be delayed somewhat due to counsel's withdrawal, given Plaintiffs' unresponsiveness, the degree of further delay is not great. Finally, as counsel requests and as required by Civil L.R. 11-5(b), to further reduce any prejudice to the litigants, harm to the administration of justice, or delay in the proceedings, the Court ORDERS that filings in this matter may continue to be served upon counsel for forwarding purposes unless and until Plaintiffs appear by other counsel or enter their *pro se* appearance.

The Court further encourages Plaintiffs to seek free legal assistance from the Federal Pro Se Program located in the San Jose Courthouse. The Federal Pro Se Program will not represent them in this action but can provide basic legal assistance at no cost. They can schedule an appointment by calling (408) 297-1480 or emailing hsong@asianlawalliance.org. They can find more information about the Legal Help Center at: https://cand.uscourts.gov/pro-se-litigants/. The court also provides a free guide, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions and trial. They can access the guide online (https://cand.uscourts.gov/pro-se-handbook/) or in hard copy free of charge from the Clerk's Office.

If proceeding *pro se*, Plaintiffs are reminded that they must comply with all court rules and orders. The Court's Civil Standing Order may be accessed at: https://cand.uscourts.gov/sites/default/files/standing-orders/NW-CivilStandingOrder_06-09-26.pdf. Plaintiffs are further encouraged to register with the Court's electronic case filing ("ECF") system. *See* https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/. If they register for e-filing,

United States District Court
Northern District of California

they will receive notices and documents by email in this case rather than by regular mail.

The parties' stipulation for remote appearance at the hearing (ECF No. 23) is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 14, 2026

Noël Wise
United States District Judge